517 A.2d 539

Louis D. EKIN et ux., et al., Petitioners,

v.

The BOARD OF COMMISSIONERS OF the COUNTY OF ALLEGHENY, et al.

Supreme Court of Pennsylvania.

Nov. 18, 1986.

Petition for Allowance of Appeal GRANTED, No. 94 W.D. Appeal Docket 1986.